Ben A. Kaplan
**CHULSKY KAPLAN LLC**
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
Attorneys for Plaintiff(s)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAZEL MCPHERSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff(s),<br><br>-against-<br><br>CONVERGENT OUTSOURCING, INC. and JOHN DOES 1-25,<br><br><br>Defendant(s). | Civil Case: 3:19-cv-20966-FLW-DEA<br>**CIVIL ACTION**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the within matter is hereby dismissed against Defendant, in the above captioned matter, **with prejudice** and dismiss the claims on behalf of the putative class without prejudice.

*s/ Ben A. Kaplan*
Ben A. Kaplan, Esq.
**CHULSKY KAPLAN LLC**
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
ben@chulskykaplanlaw.com
Attorneys for Plaintiff
Dated: July 29, 2020

*s/ Matthew B. Johnson*
Matthew B. Johnson, Esq.
**Stradley Ronon Stevens & Young LLP**
100 Park Ave. Suite 2000
New York, NY 100017
Telephone (212) 404—0626
Fax: (646) 682-7180
mjohnson@stradley.com
Attorneys for Defendant
Dated: July 29, 2020

It is furthered ordered that the Clerk of the Court is directed to reopen this action and upon entry of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

_____
Freda L. Wolfson, U.S.C.D.J.  7/30/20